IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABIKY BLANCO MOLINA,** | : | Civil No. 1:19-cv-01707 |
| **Plaintiff,** | : | |
| v. | : | |
| **DEAN TIMMONS, D.L. GEORGE & SONS TRANSPORTATION, INC., and SPECIALTY GRANULES LLC,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, Defendants Dean Timmons's and D.L. George & Sons Transportation, Inc.'s motion to dismiss and strike (Doc 7) is **DENIED.**

**SO ORDERED.**

> *s/Sylvia H. Rambo*
> SYLVIA H. RAMBO
> United States District Judge

Dated: April 2, 2020